**Marty Joe McJUNKINS, Petitioner–Appellant,**

v.

**Sid HARKLEROAD, Respondent–Appellee.**

No. 03–6872.

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 31, 2003.

Marty Joe McJunkins, Appellant pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Marty McJunkins, a North Carolina inmate, seeks to appeal the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that McJunkins has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, although we grant McJunkins's motion to amend his informal brief, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*